UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
 :
LYNNETTE TATUM-RIOS, :
                               Plaintiff, :         21 Civ. 8825 (LGS)
 :
         -against- :         <u>ORDER</u>
 :
BEAUTY FX SPA INC., et al., :
                              Defendant. :
-------------------------------------------------------------:
 X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Order dated December 1, 2021, required the parties to file a proposed case management plan and joint letter by January 5, 2022, at noon, and scheduled an initial conference for January 12, 2022, at 4:10 p.m.  (Dkt. No. 7.)

       WHEREAS, on December 7, 2021, Plaintiff filed two affidavits of service on the docket, stating that both Defendants were served on December 6, 2021.  (Dkt. Nos. 8, 9.)

       WHEREAS, Defendants have not appeared.  It is hereby

       **ORDERED** that if Plaintiff has been in communication with Defendants, then the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **January 7, 2022**.  If Plaintiff has not been in communication with Defendants, she shall file a status letter regarding her efforts to serve Defendants and request an adjournment of the initial conference as soon as possible and no later than **January 7, 2022**.

Dated: January 6, 2022
       New York, New York

                                                          LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE