

Douglas B. Lipsky - Partner

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main:  212.392.4772
Direct:  212.444.1024
Fax:  212.444.1030
doug@lipskylowe.com

www.lipskylowe.com

January 7, 2022

VIA ECF
The Honorable Lorna G. Schofield, U.S.D.J.
U.S. District Court for the Southern District of New York
40 Foley Square
New York, New York 10007-1312

    Re:    Tatum-Rios v. Beauty FX Spa Inc., *et al.*, 1:21-cv-8825 (LGS)

Dear Judge Schofield:

    This firm represents Plaintiff Lynnette Tatum-Rios. We submit this letter in response to the Court's January 6, 2022 Order.

    On December 6, 2021, Plaintiff served both Defendants, making their responsive pleadings due by December 27, 2021. (Doc. Nos. 8-9). To date, Plaintiff has not heard from Defendants nor their counsel. Plaintiff has, in the interim, emailed Defendants to advise them that their responsive pleading deadline has expired, but we have not received a response.

    Given the current status of this case, Plaintiff respectfully requests that the January 12, 2022, 4:10 p.m., Initial Pretrial Conference be adjourned for 30 days. We appreciate the Court's consideration of this request.

Respectfully submitted,
LIPSKY LOWE LLP

s/ Douglas B. Lipsky
Douglas B. Lipsky

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Application **GRANTED**. The initial conference scheduled for January 12, 2022 is **ADJOURNED** to **February 16, 2022, at 4:10 p.m.**  By **February 9, 2022**, the parties shall file a joint letter and proposed case management plan (*see* Dkt. No. 7), or Plaintiff shall file any motion for default judgment pursuant to Attachment A of the Court's Individual Rules.  Plaintiff shall serve a copy of this Order on Defendants and shall file proof of service by **January 13, 2022**. The conference will be telephonic and will occur on the following conference line:  888-363-4749, access code: 5583333.  The time of the conference is approximate, but the parties shall be prepared to begin at the scheduled time.  The Clerk of Court is respectfully directed to close the motion at Dkt. No. 11.

Dated:  January 10, 2022
       New York, New York